IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HECTOR H. JIMENEZ,

    Plaintiff,

  v.

D. JAMES, et al.,

    Defendants.
                           /

No. C 11-02120 CW (PR)

ORDER OF TRANSFER

Plaintiff, a state prisoner, has filed a pro se civil rights action pursuant to 42 U.S.C. § 1983 and an application for in forma pauperis status. The acts complained of occurred at California State Prison-Corcoran, which is located in the Eastern District of California, and it appears that Defendants reside in that district. Venue, therefore, properly lies in that district and not in this one. See 28 U.S.C. § 1391(b).

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The Clerk of the Court shall transfer the case forthwith.

Plaintiff's application for in forma pauperis status and motion for appointment of counsel are TERMINATED on this Court's docket as no longer pending in this district.

IT IS SO ORDERED.

Dated: 5/24/2011

                                                          /s/ Claudia Wilken
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JIMENEZ HECTOR,

        Plaintiff,

v.

D. JAMES et al,

        Defendant.

Case Number: CV11-02120 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 24, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jimenez H. Hector T-48258
CSP - Corcoran
P.O. Box 3461
Corcoran, CA 93212

Dated: May 24, 2011

        Richard W. Wieking, Clerk
        By: Nikki Riley, Deputy Clerk

2