**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HECTOR H. JIMENEZ,<br><br>    Plaintiff,<br><br>v.<br><br>D. JAMES, et al.,<br><br>    Defendant. | Case No.: 1:11-cv-00856 JLT<br><br>ORDER DISMISSING THIS CASE WITHOUT PREJUDICE AND DIRECTING CLERK OF THE COURT TO CLOSE THIS ACTION PURSUANT TO RULE 41(a) |

On March 29, 2013, Plaintiff filed a motion requesting that the Court dismiss this action without prejudice. (Doc. 23). Under the Federal Rules of Civil Procedure, "the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A). Once such a notice has been filed, an order of the Court is not required to effectuate the dismissal. Fed. R. Civ. Pro. 41(a)(1)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

Here, the defendants have not yet been served. As a result, Plaintiff's request for dismissal, which was filed and properly signed pursuant to Rule 41(a), "automatically terminate[d] the action." *Wilson*, 111 F.3d at 692.

///

///

Based upon the foregoing, **IT IS HEREBY ORDERED:**

1. Plaintiff's motion for dismissal without prejudice is **GRANTED**; and
2. The Clerk of Court is **DIRECTED** to close this action in light of Plaintiff's request for dismissal filed pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated:   **April 1, 2013**                         **/s/ Jennifer L. Thurston**
                                                             UNITED STATES MAGISTRATE JUDGE